## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENNETH LUCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CERTAINTEED CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 19-cv-1195-EFM |

### AGREED ORDER

NOW on this 26th day of September, 2019, upon agreement of the parties in the above case, the Court hereby orders the Kansas Human Rights Commission (KHRC) to release all records in its possession concerning *Kenneth Luce v. Certainteed Corp.,* KHRC Docket No. 39559-18, including any and all documents to include, but not be limited to, correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related hereto. It is understood that the KHRC may withhold materials deemed by the KHRC to be conciliatory or deliberative in nature or which are the work product of KHRC legal staff.

IT IS SO ORDERED.

Dated September 26, 2019, at Kansas City, Kansas.

                                                                                              s/ James P. O'Hara  
                                                                                               James P. O'Hara  
                                                                                                United States Magistrate Judge

Respectfully Submitted,

| | |
|---|---|
| GRAYBILL & HAZLEWOOD, LLC<br><br>/s/ Sean McGivern<br>Sean M. McGivern, #22932<br>Nathan R. Elliott, #24657<br>218 N. Mosley St.<br>Wichita, KS 67202<br>Telephone: (316) 266-4058<br>Fax: (316) 462-5566<br>sean@graybillhazlewood.com<br>nathan@graybillhazlewood.com<br>***Attorneys for Plaintiff*** | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC<br><br>/s/ Stacy Bunck<br>Stacy M. Bunck, #20531<br>AnnRene Coughlin, #27152<br>4520 Main St, Ste. 400<br>Kansas City, MO 64111<br>Phone: 816-471-1301<br>Fax: 816-471-1303<br>stacy.bunck@ogletree.com<br>annrene.coughlin@ogletree.com<br>***Attorneys for Defendants*** |