IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH LUCE,

        Plaintiff,

v.                                                Case No. 19-1195-EFM

CERTAINTEED CORPORATION,

        Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 22) to amend the scheduling order filed on September 18, 2019 (ECF No. 13). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    All discovery shall be commenced or served in time to be completed by **March 2, 2020.**

    b.    The final pretrial conference is rescheduled from January 16, 2020, to **April 7, 2020, at 1:30 p.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **March 16, 2020**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to

1

the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

  c. The deadline for filing potentially dispositive motions and motions challenging admissibility of expert testimony is **May 1, 2020.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated December 9, 2019, at Kansas City, Kansas.

            s/ James P. O'Hara
            James P. O'Hara
            U.S. Magistrate Judge